United States District Court
Southern District of Texas
**ENTERED**
December 11, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA JACQUEZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C.A. No. 4:20-CV-02357 |
| LIFE INSURANCE COMPANY | § | |
| OF NORTH AMERICA | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiff Maria Jacquez to dismiss all claims against Defendant Life Insurance Company of North America, with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Maria Jacquez's Motion to Dismiss all claims against Defendant Life Insurance Company of North America, with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

SIGNED this _11th_ day of _December_, 2020.

_____
UNITED STATES DISTRICT JUDGE

2967282v.1

APPROVED AND ENTRY REQUESTED:

**MARC WHITEHEAD & ASSOCIATES, LLP**

/s/ Marc Whitehead
_____
Marc Whitehead
State Bar No. 00785238
Fed. Bar No. 15465
J. Anthony Vessel
State Bar No. 24084019
Fed. Bar No. 1692384
403 Heights Boulevard
Houston, TX 77007
713/228-8888
713/225-0940 **Fax**
marc@marwhitehead.com
anthony@marcwhitehead.com

ATTORNEY-IN CHARGE FOR PLAINTIFF
**MARIA JACQUEZ**


**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**

*Linda Wills*
_____
Linda P. Wills
State Bar No. 21661400
Fed. Bar No. 12566
909 Fannin Street, Suite 3300
Houston, Texas 77010
713/353-2000
713/785-7780 Fax
Email: Linda.Wills@WilsonElser.com

ATTORNEY-IN-CHARGE FOR DEFENDANT
LIFE INSURANCE COMPANY OF NORTH AMERICA,

2

2967282v.1